ANDREW K. PULS (SBN 273672)
apuls@evanshotels.com
998 West Mission Bay Dr.
San Diego, CA 92109
Ph: (858) 539-8843
Fx: (858) 488-2524

Attorney for Defendant
BRAEMAR PARTNERSHIP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>BRAEMAR PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP dba CATAMARAN RESORT;<br><br>            Defendant. | Case No.   2:21-cv-04238 FLA(JCx)<br><br>**OFFER OF JUDGMENT (FRCP 68)**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Complaint Filed:  5/20/21<br>Trial Date:     None set |

Defendant BRAEMAR PARTNERSHIP, a California limited partnership ("Defendant") hereby offers to allow entry of judgment of the above-entitled action filed by Plaintiff ANDRES GOMEZ pursuant to Rule 68 of the Federal Rules of Civil Procedure according to the following terms:  Payments by Defendant to Plaintiff ANDRES GOMEZ as follows: (a) The amount of four thousand one dollars ($4,001); and (b) One thousand dollars ($1,000) in allowable attorney's fees, costs, and interest accrued as of the date of this offer.

This offer is conditioned upon its acceptance by Plaintiff.  This offer shall be in complete satisfaction of all liability, damages, injuries and claims against

- 2 -

1  Defendant in the above-entitled action had or asserted by Plaintiff.  This offer is
2  made for the purposes specified in Rule 68, and is not to be considered an
3  admission of liability.  Pursuant to Federal Rule of Civil Procedure 68, Plaintiff
4  may accept this offer by serving written notice that this offer is accepted within 14
5  days of service of this offer.  If the offer is not accepted within 14 days, it is
6  deemed withdrawn.

8  DATED: July 13, 2021                       EVANS HOTELS LEGAL
                                              DEPARTMENT

                                              BY: /s/ Andrew K. Puls

                                              ANDREW K. PULS
                                              Attorney for Defendant
                                              BRAEMAR PARTNERSHIP