JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDRES GOMEZ, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | 2:21-cv-04238-FLA-JC |
| v. | |
| BRAEMAR PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP dba CATAMARAN RESO | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on July 26, 2021 as docket number  15   (the "Offer of Judgment"), judgment is hereby entered for

 Plaintiff ANDRES GOMEZ

and against

 Defendant BRAEMAR PARTNERSHIP, a California Limited Partnership

according to the terms set forth in the Offer of Judgment.

Date: July 27, 2021

By: /s/ V.R. Vallery
Deputy Clerk

CV-140 (02/21)                    JUDGMENT